CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RALPH EARNEST HALL, | ) | |
| Plaintiff, | ) | Civil Action No. 7:13-cv-00427 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| NEW RIVER VALLEY | ) | |
| REGIONAL JAIL, *et al.*, | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that the plaintiff's 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) and the Clerk is **DIRECTED** to strike this action from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

ENTER: This 30th day of October, 2013.

United States District Court